1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 ARIF MAHMOOD,                        )
                                        ) No. C 07-4233 PVT
13          Plaintiff,                  )
                                        )
14       v.                             )
                                        ) **STIPULATION FOR DISMISSAL and**
15 ALBERTO GONZALES, Attorney General   ) **[PROPOSED] ORDER**
   of the United States;                )
16 MICHAEL CHERTOFF, Secretary,         )
   Department of Homeland Security;     )
17 DAVID N. STILL, District Director,   )
   San Francisco, U.S. Citizenship and Immigration )
18 Services;                            )
   EMILIO GONZALEZ, Director, U.S. Citizenship )
19 and Immigration Services;            )
   ROBERT S. MUELLER, III, Director,    )
20 Federal Bureau of Investigation      )
                                        )
21          Defendants.                 )
   _____)
22

23     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

24 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

25 action without prejudice in light of the fact that the United States Citizenship and Immigration

26 Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

27 within 30 days of the dismissal of this action.

28     Each of the parties shall bear their own costs and fees.

Stipulation for Dismissal
C07-4233 PVT                              1

| | | |
|---|---|---|
| 1 | Date: October 11, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: October 10, 2007

/s/
GABRIEL D. JACK
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 17, 2007

PATRICIA V. TRUMBULL
United States Magistrate Judge

Stipulation for Dismissal
C07-4233 PVT                                    2